UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rodney Bryant**  Docket No. 7:14-CR-60-1D

**Petition for Action on Supervised Release**

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rodney Bryant, who, upon a finding of guilt by jury to Possession With Intent to Distribute Heroin in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i), and Possession of a Firearm and Ammunition by a Convicted Felon in violation of 18 U.S.C. §§ 922(g) and 924(a)(2)., was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 8, 2015, to the custody of the Bureau of Prisons for a term of 131 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of life.

Rodney Bryant was released from custody on December 19, 2023, at which time the term of supervised release commenced.

On June 1, 2024, Violation Report was submitted to the court regarding the defendant's use of controlled substances. No additional action was recommended to allow the defendant an opportunity to comply with substance abuse testing and treatment.

On October 24, 2024, a Petition for Action on Supervised Release was submitted to the court regarding the defendant's use of controlled substances. The court modified the defendant's conditions of release to include a 90-day curfew enforced by location monitoring.

On February 12, 2025, a motion for revocation was submitted to the court regarding the defendant's use of controlled substance and failure to pay monetary obligation.

On March 21, 2025, an amended motion for revocation was submitted to the court regarding the defendant's continued use of controlled substance and failure to pay monetary obligation.

On May 6, 2025, a hearing of revocation was heard, and the defendant was revoked until 4 p.m. Upon release from custody, the defendant was sentenced to a new term of supervised release for 1 year, under the regular and special conditions of supervised release previously imposed. Additionally, it was ordered that the defendant shall be returned to court after 6 months for a progress report regarding his compliance.

On May 7, 2025, Rodney Bryant was released from custody at which time a new term of supervised release commenced.

On June 12, 2025, a Violation Report was submitted to the court regarding the defendant's use of controlled substances. No additional action was recommended to allow the defendant an opportunity to reengage with substance abuse testing and treatment.

On August 25, 2025, the case was reassigned to Honorable United States District Judge James C. Dever III.

On September 5, 2025, a motion for revocation was submitted to the court regarding the defendant's continued use of controlled substance and failure to pay the monetary obligation.

Rodney Bryant
Docket No. 7:14-CR-60-1D
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the filing of the Motion of Revocation on September 5, 2025, the defendant has come into compliance by providing seven negative drug screens and has resumed paying his money obligations. Additionally, there have been no other compliance issues. As the defendant's term of supervised release is scheduled to expire on May 6, 2026, it is respectfully recommended that the pending Motion of Revocation be withdrawn and that the supervised release term continue as previously imposed. Additionally, an Agreed Order of Payment will be submitted to address the outstanding monetary obligations. The court will be notified promptly if any noncompliance arises.

**PRAYING THAT THE COURT WILL ORDER** that previously filed Motion for Revocation, be withdrawn and that the supervised release term continue as previously imposed.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ John P. Nasuti
John P. Nasuti
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2056
Executed On: January 29, 2026

**ORDER OF THE COURT**

Considered and ordered this ___30___ day of ___January___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge